UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV455-SNL |
| ) | |
| MARSH USA, INC., MARSH & McCLENNAN ) | |
| COMPANIES, INC., MARSH, INC. and ) | |
| JOSEPH E. LAMPEN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Defendants have requested that this case be consolidated with Cause No. 4:05CV536-FRB for the limited purpose of determining jurisdiction and considering defendants' motion to dismiss or in the alternative to stay.

Following a Rule 16 Scheduling Conference on July 8, 2005, the court determined that there was opposition to the motion to consolidate in both cases and that it would, therefore, be inappropriate to consolidate.

**IT IS THEREFORE ORDERED** that defendants' motion to consolidate for the limited purpose of determining jurisdiction is **DENIED** without prejudice.

Dated this  12th  day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE