UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO. )<br>)<br>   Plaintiff (s), )<br>)<br>) Case No. 4:09-cv-01272 RWS<br>MARSH USA INC. et al, )<br>   Defendant(s). ) | |

## **ORDER**

The above-styled case was inadvertently opened in error upon transfer back to the Eastern District of Missouri on August 11, 2009. Because this case was originally from this court with case number 4:05cv00455RWS, a new case number should not have been assigned.

**IT IS HEREBY ORDERED** that Case No. 4:09cv01272 RWS is hereby administratively closed. Judge Sippel's name will be replaced for future assignment.

Dated this 12th day of August, 2009.

                                  JAMES G. WOODWARD
                                  CLERK OF COURT

                                  By:/s/ Lori Miller-Taylor
                                      Deputy Clerk

Please refer to Case No. **4:05cv00455 RWS** in all future matters concerning this case.